Michael R. Strauss (MS7780)
Hollander & Strauss, LLP
40 Cutter Mill Road Suite 203
Great Neck, New York 11021
Flintlock Construction Services, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

S&S FIRE SUPPRESSION SYSTEMS, INC.,

                Debtor.
-----------------------------------------------------------------X
S&S FIRE SUPPRESSION SYSTEMS, INC.,

                Plaintiff,

-against-

TAP PLUMBING & HEATING, INC., AND
FLINTLOCK CONSTRUCTION SERVICES, LLC.,

                Defendants.
-----------------------------------------------------------------X

Chapter 11
Case No.: 04-22183 (ASH)

Adv. Pro. No. 05-08645 (ASH)

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE,** that defendant Flintlock Construction Services, LLC ("Flintlock"), appeals pursuant to 28 U.S.C. 158 (a) or (b) from the Order of the Honorable Adlai S. Hardin, Jr., United States Bankruptcy Judge, entered in this adversary proceeding on February 28, 2007 which denied Flintlock's motion to vacate the default judgment entered against Flintlock herein on January 27, 2006.

    The names of the parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**KURTZMAN, MATERA, GUROCK,**
**SCUDERI & KARBEN, LLP**
Attorney for Debtor-Plaintiff
S&S Fire Suppression Systems, Inc.
2 Perlman Drive
Spring Valley, New York 10977

**ROBERT J. MCGOEY, ESQ.**
Attorney for Defendant
Tap Plumbing & Heating, Inc.
271 North Avenue, Suite 1012
New Rochelle, New York 10801

Dated: March 9, 2007

                                      **HOLLANDER & STRAUSS, LLP**
                                      Attorneys for Defendant
                                      Flintlock Construction Services, LLC

                                      By:_____
                                          Michael R. Strauss (MS7780)
                                      40 Cutter Mill Road, Suite 203
                                      Great Neck, New York 11021
                                      (516) 498-1000

G:\1324-104\S&S Appeal\Not. of Appeal.doc