Michael R. Strauss (MS7780)
Hollander & Strauss, LLP
40 Cutter Mill Road Suite 203
Great Neck, New York 11021
Flintlock Construction Services, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

S&S FIRE SUPPRESSION SYSTEMS, INC.,

                      Debtor.
------------------------------------------------------------X
S&S FIRE SUPPRESSION SYSTEMS, INC.,

                      Plaintiff,

-against-

TAP PLUMBING & HEATING, INC., AND
FLINTLOCK CONSTRUCTION SERVICES, LLC.,

                      Defendants.
------------------------------------------------------------X

Chapter 11
Case No.: 04-22183 (ASH)

Adv. Pro. No. 05-08645 (ASH)

**DESIGNATION OF ITEMS TO BE INCLUDED IN APPEAL AND
STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

    **PLEASE TAKE NOTICE,** that pursuant to Bankruptcy Rule 8006, defendant/appellant Flintlock Construction Services, LLC ("Flintlock"), states that:

    a.   the items to be included in the record on appeal are:

Filing Date    #                   Docket Text

01/11/2006    9          Motion for Default Judgment *as to Flintlock Construction Services, L.L.C.* filed by Rosemarie E. Matera on behalf of S&S Fire Suppression Systems, Inc., with hearing to be held on 1/25/2006 at 09:45 AM at Courtroom 520, White Plains Office (Attachments: # (1) Default Motion #(2) Proposed Default Judgment # (3) Affidavit of Service) (Matera, Rosemarie) (Entered: 01/11/2006)

| | | |
|---|---|---|
| 01/27/2006 | 10 | Order signed on 1/25/2006 Granting Motion for Default Judgment. (Related Doc # [9]) (Rodriguez, Awilda) (Judgment Index # WPBC # 06, 0003). Modified on 2/6/2006 (Correa, Mimi). (Entered: 01/27/2006) |
| 01/26/2007 | 16 | Motion to Reopen Adversary Proceeding , and, Motion to Vacate *Default Judgment* (related document(s)[10]) filed by Michael R. Strauss on behalf of Flintlock Construction Services, LLC. (Attachments: # (1) Amended Affirmation)[15] (Strauss, Michael) Modified on 2/2/2007 (Guercy, Marlene). (Entered: 01/26/2007) |
| 02/09/2007 | 17 | Opposition *of S&S Fire Suppression Systems, Inc., to The Motion of Flintlock Construction Services, LLC to (A) Reopen Bankruptcy Case; and (B) Set Aside Default Judgment and Stay Enforcement and Execution* (related document(s)[15], [16]) filed by Rosemarie E. Matera on behalf of S&S Fire Suppression Systems, Inc. With hearing to be held on 2/14/2007 (check with court for location) (Attachments: # (1) Exhibit "A"# (2) Exhibit "B"# (3) AOS Opposition to Flintlock Motion) (Matera, Rosemarie) (Entered: 02/09/2007) |
| 02/20/2007 | 19 | Reply Motion to Reconsider FRCP 60 or FRBP 3008 (related document(s)[16]) filed by Michael R. Strauss on behalf of Flintlock Construction Services, LLC. With hearing to be held on 2/22/2007 at 09:45 PM at Courtroom 520, White Plains Office (Strauss, Michael) (Entered: 02/20/2007) |
| 03/01/2007 | 21 | Order signed on 2/28/2007 denying Motion of Flintlock Construction Services, LLC to reopen Adversary Proceeding and set aside default judgment. (Related Doc #16]. (Rodriguez, Awilda) (Entered: 03/01/2007) |
| 03/07/2007 | 22 | Notice of Conventional Filing of Transcript held on 1/25/2006 Re: Motion for Default Judgment. (Rodriguez, Awilda). (Entered: 03/07/2007) |
| 03/09/2007 | 23 | Notice of Appeal (related document(s) [21]) filed by Michael R. Strauss on behalf of Flintlock Construction Services, LLC. (Strauss, Michael) (Entered: 03/09/2007) |
| 03/__/2007 | __ | Transcript of proceedings held on 2/22/2007 before Judge Hardin with respect to motion to vacate default judgment (Not yet entered). |

b.   The issues to be presented on appeal are:

   1. Whether the Bankruptcy Court erred as a matter of law in denying the motion where

the underlying default judgment was void due to improper service of process?;

2. Whether the Bankruptcy Court abused its discretion in denying the motion to vacate the default judgment, particularly in view of Flintlock's meritorious defense to the Debtor's claim?

Dated: March 19, 2007

                                               **HOLLANDER & STRAUSS, LLP**
Attorneys for Defendant/Appellant
Flintlock Construction Services, LLC

By: _____
    Michael R. Strauss (MS7780)
40 Cutter Mill Road, Suite 203
Great Neck, New York 11021
(516) 498-1000

TO:    **KURTZMAN, MATERA, GUROCK,
SCUDERI & KARBEN, LLP**
Attorney for Debtor-Plaintiff/Appellee
S&S Fire Suppression Systems, Inc.
2 Perlman Drive
Spring Valley, New York 10977

**ROBERT J. MCGOEY, ESQ.**
Attorney for Defendant
Tap Plumbing & Heating, Inc.
271 North Avenue, Suite 1012
New Rochelle, New York 10801

G:\1324-104\S&S Appeal\Designation of Record-Issues.doc