Rosemarie E. Matera (REM-0999)
Kurtzman Matera Gurock & Scuderi, LLP
Attorneys for Debtor, Plaintiff/Appellee
2 Perlman Drive
Spring Valley, New York 10977
845-352-8800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

S&S FIRE SUPPRESSION SYSTEMS, INC.,

                               Debtor.
------------------------------------------------------------x

S&S Fire Suppression Systems, Inc.,

                               Plaintiff,

              - against -

TAP Plumbing and Heating, Inc., and
Flintlock Construction Services, L.L.C.,

                               Defendant
------------------------------------------------------------x

Chapter 11

Case No. 04-22183(ASH)

Adv. Pro. No. 05-08645(ASH)

## DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN APPEAL

**PLEASE TAKE NOTICE,** that pursuant to Federal Rule of Bankruptcy Procedure 8006, S&S Fire Suppression Systems, Inc., plaintiff/appellee hereby designates the following additional items to be included in the record on appeal, copies of which have been electronically filed.

**Case No. 05-08645(ASH)**

| File Date | Docket Entry No. | Document |
|---|---|---|
| 08/17/05 | 1 | Complaint against Tap Plumbing & Heating, Inc., Flintlock Construction Services, LLC, filed by S&S Fire Suppression Systems, Inc. |

| File Date | Docket Entry No. | Document |
|---|---|---|
| 10/06/05 | 4 | Answer to Complaint, Counterclaim against S&S Fire Suppression Systems, Inc., Crossclaim Against Flintlock Construction Services, LLC. |
| 10/27/05 | 5 | Answer to Counterclaim filed by Rosemarie E. Matera on behalf of S&S Fire Suppression Systems, Inc. |
| 12/01/05 | 8 | Scheduling Order signed on 11/10/2005. |
| 12/10/05 | 11 | Amended Scheduling Order signed on 2/8/2006. |
| 02/22/06 | 12 | Motion for Summary Judgment and Contempt on behalf of S&S Fire Suppression Systems, Inc. |
| 03/21/06 | 14 | Affidavit in Opposition to Motion for Judgment by Plaintiff. |
| 03/31/06 | 13 | Order signed on 3/30/06 Granting Motion for Summary Judgment. |

Dated: Spring Valley, New York
March 26, 2007

Kurtzman Matera Gurock & Scuderi, LLP
Attorneys for Debtor, Plaintiff/Appellee

__/s/ Rosemarie E. Matera_____
Rosemarie E. Matera (REM-0999)
2 Perlman Drive
Spring Valley, New York   10977
(845) 352-8800

TO:
Michael D. Strauss, Esq.
Hollander & Strauss, LLP
Attorneys for Defendant/Appellant
Flintlock Construction Services, LLC
40 Cutter Mill Road, Suite 203
Great Neck, NY   11021

Robert J. McGoey, Esq.
Attorney for Tap Plumbing & Heating, Inc.
271 North Avenue, Suite 1012
New Rochelle, NY   10801