UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

In re:                                                        Chapter 11
                                                              Case No. 04-22183(ASH)
S&S Fire Suppression Systems, Inc.

                Debtor.
------------------------------x
S&S Fire Suppression Systems, Inc.
                                                              Adv. Pro. No. 05-08645-ASH

                Plaintiff,
     v.                                                       **Affidavit of Service**

TAP Plumbing & Heating Inc., and
Flintlock Construction Services, L.L.C.,

                Defendants.
------------------------------x

State of New York  )
County of Rockland )ss

    Sherry Kramer, being duly sworn, deposes and says:

    1.    I am over the age of 18, not a party to this action and I reside in Pomona, New York.

    2.    On March 27, 2007 I served the **Designation of Additional Items to be Included in Appeal**, depositing the same via First Class Mail in a sealed envelope with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York upon:

| | |
|---|---|
| Michael D. Strauss, Esq. | Robert J. McGoey, Esq. |
| Hollander & Strauss, LLP | Attorney for Tap Plumbing |
| Attorneys for Defendant/Appellant | & Heating, Inc. |
| 40 Cutter Mill Road, Suite 203 | 271 North Avenue, Suite 1012 |
| Great Neck, NY   110021 | New Rochelle, NY   10801 |

                                                     /s/ Sherry Kramer
                                                     Sherry Kramer

Sworn to before me this
27th day of March, 2007

_____/s/ **Karen Schaefer**_____
Notary Public

Karen Schaefer
Notary Public, State of New York
No. 01SC6104397
Qualified in Orange County
Commission Expires January 20, 2008