UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
S&S FIRE SUPPRESSION SYSTEMS, INC.,

                    Appellant,

         -against-

TAP PLUMBING & HEATING, INC., and
FLINTLOCK CONSTRUCTION SERVICES,
LLC,

                    Appellees.
-----------------------------------------------------------x

CLERK'S SCHEDULING
NOTICE

07 Civ. 2907 (CLB)

Brieant, J.

    The above-entitled Bankruptcy Appeal has been assigned to the Hon. Charles L. Brieant, U.S.D.J., for all purposes. The appeal was docketed in the District Court on April 11, 2007.

    The attention of all counsel is directed to Rule 8009 of the Federal Bankruptcy Rules, which provide for the dates within which briefs are to be served and filed. That Rule shall be adhered to.

    This Court will hear oral argument on the appeal on Wednesday, July 11, 2007 at 9:30 A.M. at 300 Quarropas Street, White Plains, NY, Courtroom 218. That date shall *not* be changed except upon application to the Court on notice for good cause shown.

        BY ORDER OF THE COURT

Dated: White Plains, NY
       April 17, 2007

                                  Alice F. Cama, Courtroom Deputy

**ECF NOTIFICATION**