LAW OFFICES OF

# HOLLANDER & STRAUSS

A LIMITED LIABILITY PARTNERSHIP

40 CUTTER MILL ROAD · SUITE 203

GREAT NECK, NEW YORK 11021

TELEPHONE (516) 498-1000

FACSIMILE (516) 498-2075

119 LITTLETON ROAD
PARSIPPANY, NEW JERSEY 07054
TELEPHONE (201) 944-7445

April 24, 2007

<u>Via Facsimile (914) 390-4085</u>

Hon. Charles L. Brieant, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, New York 10601

    Re:    Flintlock Construction Services, LLC v.
             S&S Fire Suppression Systems, Inc.
             Docket No.: 7:07-cv-02907-CLB
             <u>Our File No. 1324-104</u>

Dear Judge Brieant:

       This firm represents Appellant Flintlock Construction Services, LLC ("Flintlock"). With the consent of counsel for the Debtor/Appellee, I am writing to request that the Briefing Schedule in this matter be revised as follows: (a) deadline for filing of Appellant's brief: May 10, 2007; (b) deadline for filing Appellee's brief: June 8, 2007; and (c) deadline for filing Appellant's reply brief: June 22, 2007.

       The foregoing amendment to the Briefing Schedule will not affect the scheduled July 11, 2007 oral argument date before Your Honor.

       No prior application for the amendment to the Briefing Schedule has been made.

                                                  Respectfully yours,

                                                  Michael R. Strauss (MS7780)

MRS:jp
cc:    Rose Marie Matera, Esq. (Via Facsimile)
        Flintlock Construction Services, LLC

G:\1324-104\S&S Appeal\Judge Brieant Ltr 4.24.07.doc