Michael R. Strauss (MS7780)
Hollander & Strauss, LLP
40 Cutter Mill Road Suite 203
Great Neck, New York 11021
Attorneys Flintlock Construction Services, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
S&S FIRE SUPPRESSION SYSTEMS, INC.,

       Appellee,     07 Civ. 2907 (CLB)

     -against-

TAP PLUMBING & HEATING, INC., AND
FLINTLOCK CONSTRUCTION SERVICES, LLC.,

       Appellant.
-----------------------------------------------------------------X

## APPELLANT FLINTLOCK CONSTRUCTION SERVICES, LLC's
## RECORD ON APPEAL

i

# TABLE OF CONTENTS

                              **Page**

Notice of Motion for Entry of Judgment By Default Against Flintlock Construction Services, LLC and Motion for Judgment By Default Pursuant to Federal Rule of Bankruptcy Procedure 7055(b) as to Flintlock Construction Services, LLC .................................................. 1

Transcript of Proceedings Before Honorable Adlai S. Hardin, U.S.B.J. on January 25, 2006 on Motion for Default Judgment .......................................................... 8

Judgment by Default of Honorable Adlai S. Hardin, Jr., U.S.B.J. dated January 25, 2006 .......................................................................... 15

Amended Notice of Motion to: (A) Reopen Bankruptcy Case; and (B) Set Aside Default Judgment and Stay Enforcement and Execution .............................. 18

Amended Affirmation in Support of Motion to: (A) Reopen Bankruptcy Case; and (B) Set Aside Default Judgment and Stay Enforcement and Execution ....................................................... 20

Affidavit of Stephen Weiss, Jr. in Support of Motion to Set Aside Default Judgment and Stay Execution and Enforcement ...................................................... 34

Exhibit A to Motion to Set Aside Default Judgment and Stay Execution and Enforcement:
Flintlock Construction Services, LLC September 9, 2002 letter to TAP Plumbing & Heating Inc. .................................. 40

Exhibit B to Motion to Set Aside Default Judgment and Stay Execution and Enforcement:
Flintlock Construction Services, LLC February 24, 2003 letter to S&S Fire Suppression Systems ........................................ 43

Exhibit C to Motion to Set Aside Default Judgment and Stay Execution and Enforcement:
Summons and Notice of Pretrial Conference in an Adversary Proceeding dated August 23, 2005; and Verified Complaint (i) Pursuant to 11 U.S.C. §542(b) for Turnover of Property of the Estate, (ii) Fraud in the Inducement, (iii) Breach of Contract and (iv) Breach of Implied Contract dated August 17, 2005 ........... 45

iii

Exhibit D to Motion to Set Aside Default Judgment and Stay Execution and Enforcement:
Documents Concerning Flintlock Construction Services, LLC's payments to S&S Fire Suppression Systems, Inc. ............. 55

Exhibit E to Motion to Set Aside Default Judgment and Stay Execution and Enforcement:
Flintlock Construction Services, LLC's Notice of Termination dated March 7, 2003 to TAP Plumbing and Heating .................. 59

Exhibit F to Motion to Set Aside Default Judgment and Stay Execution and Enforcement:
Documents Concerning Flintlock Construction Services, LLC's payments to TAP Plumbing and Heating ........................... 61

Exhibit G to Motion to Set Aside Default Judgment and Stay Execution and Enforcement:
Invoice of D&T Mechanical Plumbing and Heating to Flintlock Construction Dated March 13, 2003 with attached Contractor's Material & Test Certificates for Above Ground Piping .................................. 68

iv

Exhibit H to Motion to Set Aside Default Judgment and Stay Execution and Enforcement:
Copy of Envelope from Kurtzman Matera Gurock Scuderi & Karben, LLP to Flintlock Construction Services, LLC dated August 25, 2005 ......................................... 89

Exhibit I to Motion to Set Aside Default Judgment and Stay Execution and Enforcement:
Copy of Envelope from Kurtzman Matera Gurock Scuderi & Karben, LLP to Flintlock Construction Services, LLC dated January 11, 2006 ..................................... 91

Exhibit J to Motion to Set Aside Default Judgment and Stay Execution and Enforcement:
Flintlock Construction Services, LLC's proposed Answer With Counter-Claims and Cross-Claims dated January 25, 2007.................................................................. 93

Flintlock Construction Services, LLC's Memorandum of Law in Support of Motion to Vacate Default Judgment and Stay Execution and Enforcement dated January 25, 2007 ............................................... 102

Opposition of S&S Fire Suppression Systems Inc., to the Motion of Flintlock

v

Construction Services, LLC to (A) Reopen Bankruptcy Case; and (B) Set Aside Default Judgment and Stay Enforcement and Execution dated February 9, 2007 .............................................. 117

Reply Affirmation in Support of Motion to: (A) Reopen Case; and (B) Set Aside Default Judgment dated February 20, 2007 .................................................................. 124

Transcript of Proceedings Before Honorable Adlai S. Hardin, Jr., U.S.B.J. on February 22, 2007 in connection with Flintlock Construction Services, Inc. Motion to Vacate Default Judgment ................... 132

Order Denying Motion of Flintlock Construction Services, LLC to Reopen Adversary Proceedings and Set Aside Default Judgment of the Honorable Adlai S. Hardin, Jr., U.S.B.J. dated February 28, 2007 ............................................ 144

Notice of Appeal dated March 9, 2007 .............. 145

Rosemarie E. Matera (REM-0999)
Kurtzman Matera Gurock Scuderi & Karben, LLP.
2 Perlman Drive
Spring Valley, NY 10977
(845) 352-8800

Return Date: January 25, 2006
Return Time: 9:45 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
In re:

S&S Fire Suppression Systems, Inc.

          Debtor.
------------------------------x
S&S Fire Suppression Systems, Inc.

          Plaintiff,

v.

TAP Plumbing & Heating Inc. and
Flintlock Construction Services, L.L.C.,

          Defendants.
------------------------------x

Chapter 11
Case No. 04-22183(ASH)

Adv. Pro. No. 05-08645(ASH)

## NOTICE OF MOTION FOR THE ENTRY OF JUDGMENT BY DEFAULT AS TO FLINTLOCK CONSTRUCTION SERVICES, L.L.C.

**PLEASE TAKE NOTICE** that on January 25, 2006 at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned, counsel to S&S Fire Suppression Systems, Inc., Plaintiff in the above adversary proceeding, ("Plaintiff") shall move this court before the Honorable Adlai S. Hardin, Jr., United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, and seek the entry of a judgment by default against defendant Flintlock Construction Services, L.L.C. pursuant to Federal Rule of Civil

Procedure 55(b) and Federal Rule of Bankruptcy Procedure 7055(b).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested herein shall be in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned not later than three (3) days prior to the return date hereof.

Dated: Spring Valley, New York
       January 10, 2005

>       Kurtzman Matera Gurock Scuderi & Karben, LLP
>       Attorneys for Debtor/Plaintiff
>       2 Perlman Drive
>       Spring Valley, NY   10977
>       (845) 352-8800
>
> By:   **/s/ Rosemarie E. Matera**
>       Rosemarie E. Matera (REM-0999)

TO:   Flintlock Construction Services
      100 Putnam Green
      Greenwich, CT   06830

      Robert J. McGoey, Esq.
      271 North Avenue, Suite 1012
      New Rochelle, New York 10801

      Domenick Serrano
      S&S Fire Suppression Systems, Inc.
      425 Western Highway
      Tappan, New York 10983

      Chambers of The Honorable Adlai S. Hardin, Jr.
      United States Bankruptcy Court
      300 Quarropas Street
      White Plains, NY 10601

S:\WPFORMS\110043\TAP Adv Pro\Flintlock Default NOM.wpd

Return Date: January 25, 2006
Return Time: 9:45 a.m.

Rosemarie E. Matera (REM-0999)
Kurtzman Matera Gurock Scuderi & Karben, LLP.
2 Perlman Drive
Spring Valley, NY 10977
(845) 352-8800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
In re:

S&S Fire Suppression Systems, Inc.

                Debtor.
---------------------------------x
S&S Fire Suppression Systems, Inc.

                Plaintiff,
  v.

TAP Plumbing & heating, Inc. And
Flintlock Construction Services, L.L.C.,

                Defendants
---------------------------------x

Chapter 11
Case No. 04-22183(ASH)

Adv. Pro. No. 05-08645(ASH)

## MOTION FOR JUDGMENT BY DEFAULT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7055(b) AS TO FLINTLOCK CONSTRUCTION SERVICES, L.L.C.

TO: THE HONORABLE ADLAI S. HARDIN, JR.
    UNITED STATES BANKRUPTCY JUDGE

    S & S Fire Suppression System, Inc., the Reorganized Debtor and plaintiff in the above captioned adversary proceeding ("Plaintiff") by and through its attorneys Kurtzman Matera Gurock Scuderi & Karben, LLP submits this Motion for entry of a default judgment against Flintlock Construction Services, L.L.C., the defendant herein ("Flintlock") pursuant to Federal Rule of Bankruptcy Procedure 7055(b), Federal Rule of Civil Procedure 55(b)

-3-

and respectfully sets forth as follows:

1. On November 8, 2005, Plaintiff sought the entry of default by the Clerk of the Court against Flintlock. A copy of the Affidavit In Support of Entry of Default with attachments is annexed hereto as Exhibit "1".

2. The Clerk of the Court entered the Default on November 28, 2005. A copy of the Entry of Default is annexed hereto as Exhibit "2".

3. As proof that Plaintiff is entitled to the relief requested in the Complaint, its receivables of $70,775.00 ("Exhibit "A" to Exhibit "1"), Plaintiff relies on the Complaint, the February 24, 2003 letter of Flintlock (Exhibit "3" hereto) and the letter of its counsel dated July 20, 2005, requesting payment (Exhibit "4" hereto).

4. Plaintiff is also entitled to reimbursement of its fees and costs. The fees of counsel for preparing and filing the complaint, appearance at the pre-trial conference, preparation of the default, preparation of the instant motion and a projected appearance thereon at .5 of an hour is $2,283.00, plus the $150.00 filing fee.

5. Plaintiff requests interest at the federal rate of 1.25% in effect as of February 4, 2004, the filing of its Chapter 11 petition.

6. Plaintiff requests attorneys fees and costs in an amount of $2.433.00.

7. Plaintiff respectfully requests that the filing of a separate memorandum of law be waived.

8. The relief sought against Flintlock has not previously been presented to this Court.

WHEREFORE, it is respectfully requested that this Court enter a Default Judgment against Flintlock in favor of Plaintiff inclusive of interest, attorneys' fees and costs and grant such other and further relief as it deems just and proper.

Dated: Spring Valley, New York
January 10, 2006

                        Kurtzman Matera Gurock Scuderi & Karben, LLP
                        Attorneys for Plaintiff
                        2 Perlman Drive
                        Spring Valley, NY  10977
                        (845) 352-8800

By    __/s/ Rosemarie E. Matera__
       Rosemarie E. Matera (REM-0999)

TO:   Flintlock Construction Services
       100 Putnam Green
       Greenwich, CT  06830

       Robert J. McGoey, Esq.
       271 North Avenue, Suite 1012
       New Rochelle, New York 10801

       Domenick Serrano
       S&S Fire Suppression Systems, Inc.
       425 Western Highway
       Tappan, New York 10983

       Chambers of The Honorable Adlai S. Hardin, Jr.
       United States Bankruptcy Court
       300 Quarropas Street
       White Plains, NY 10601

S:\WPFORMS\110043\TAP Adv Pro\Default Motion - Flintlock.wpd

Rosemarie E. Matera (REM-0999)
Kurtzman Matera Gurock Scuderi & Karben, LLP.
2 Perlman Drive
Spring Valley, NY 10977
(845) 352-8800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re:

S&S Fire Suppression Systems, Inc.

                    Debtor.
------------------------------------x
S&S Fire Suppression Systems, Inc.

                    Plaintiff,
  v.

TAP Plumbing & Heating Inc. and
Flintlock Construction Services, L.L.C.,

                  Defendants.
------------------------------------x

Chapter 11
Case No. 04-22183(ASH)

Adv. Pro. No. 05-08645(ASH)

## AFFIDAVIT OF SERVICE

State of New York }
            ss:
County of Rockland}

    **Nikolay Pandoursky**, being duly sworn, deposes and says:

    1. I am over 18 years of age, am not a party to this action, and reside in Spring Valley, New York.

    2. On January 11, 2006, I served a true copy of the annexed **Notice of Motion for the Entry of Judgment by Default as to Flintlock Construction Services, LLC, Motion for Judgment by Default Pursuant to Federal Rule of Bankreuptcy Procedure 7005(b) as to Flintlock Construction Services, LLC and proposed Judgment By Default** upon:

Flintlock Construction Services
100 Putnam Green
Greenwich, CT 06830

Robert J. McGoey, Esq.
271 North Avenue, Suite 1012
New Rochelle, New York 10801

-7-

Domenick Serrano
S&S Fire Suppression Systems, Inc.
425 Western Highway
Tappan, New York 10983

Chambers of The Honorable Adlai S. Hardin, Jr.
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

                                                                            /s/ Nikolay Pandoursky
                                                                            Nikolay Pandoursky

Sworn to before me this
11th day of January, 2006

/s/ Karen Schaefer
Karen Schaefer
Notary Public, State of New York
No. 01SC6104397
Qualified in Orange County
Commission Expires January 20, 2008

S:\WPFORMS\110043\TAP Adv Pro\AOS Flintlock NOM, Default Motion and Judgment.wpd

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

COPY

------------------------x
In Re:                          Case No. 04-22183
                                Chapter 11
S&S FIRE SUPPRESSION
SYSTEMS, INC.,


            Debtor.             White Plains, NY
------------------------x January 25, 2006
S&S FIRE SUPPRESSION             Adv #05-08645-ash
SYSTEMS, INC.
            Plaintiff,
-v-


TAP PLUMBING & HEATING,
INC. and FLINTLOCK
CONSTRUCTION SERVICES LLC


            Defendants.
------------------------x


         TRANSCRIPT OF MOTION FOR DEFAULT JUDGMENT


         BEFORE THE HONORABLE ADLAI S. HARDIN
         UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:
For Plaintiff/         ROSEMARIE MATERA
Debtor:                Kurtzman Matera Gurock &
                       Scuderi LLP

For Defendant:         LARRY HOLLANDER, ESQ.
                       Hollander & Strauss LLP
Transcriptionist:      KAREN SCHMIEDER, CSR, RDR
                       Schmieder & Meister, Inc.



Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

-8-

2

```
 1                THE CLERK:  S&S Fire Suppression,
 2    Inc.
 3                THE COURT:  Ms. Matera, hello.
 4                MS. MATERA:  Good morning, Judge.
 5                THE COURT:  Counsel.
 6                MR. HOLLANDER:  Your Honor, Larry
 7    Hollander, Hollander & Strauss, on behalf of
 8    defendant Flintlock Construction Services in
 9    opposition to the motion.
10                THE COURT:  I haven't seen your
11    opposition.
12                MR. HOLLANDER:  I was just retained
13    yesterday, Your Honor.  I called Chambers
14    yesterday for an adjournment.
15                THE COURT:  What's the opposition?
16    What's the basis for the opposition?
17                MR. HOLLANDER:  The basis of the
18    opposition, Your Honor, is that the client
19    intended to defend this matter, and that it
20    is clear on the merits of the case that
21    there is no cause of action by S&S against
22    my client.
23                THE COURT:  Well, the problem with
24    that, sir, is that the complaint was served
25    in August.  Your client has been in default
```