Flintlock Construction Services LLC
Computer & Manual Check Register
Current File
Account 1127-000, Sessions 000000 to 021050

02/07/2006
13:53:21
Page 1

| Check | Check | Date | Payment / Vendor Information | Invoice # | Reference | Amount |
|---|---|---|---|---|---|---|
| Checking Account: | 1127-000 | | | | | |
| 1602 ✓ | | 02/25/2003  1 | SSFSS / S&S Fire Suppression Systems | tap pmt | tap pmt | 10,000.00 |
| 1603 ✓ | | 02/26/2003  1 | SSFSS / S&S Fire Suppression Systems | add pmt | b/c tap | 5,000.00 |
| | | | Account Subtotal: | 1127-000 | | 15,000.00 |
| | | | | Check Register Total : | | 15,000.00 |

# USB UNION STATE BANK
USB FINANCIAL CENTER, 100 DUTCH HILL ROAD, ORANGEBURG, NY 10962    (845) 365-4600

Account Number: 14019833     Statement Date: 03/03/2003     Page: 11



| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 1594 | 02/14/2003 | 2000.00 | 1595 | 02/24/2003 | 4500.00 |
| 1596 | 02/24/2003 | 2500.00 | 1597 | 02/26/2003 | 34511.18 |
| 1600 | 02/27/2003 | 4000.00 | 1601 | 02/27/2003 | 6000.00 |
| 1602 | 02/28/2003 | 10000.00 | 1606 | 02/28/2003 | 5600.00 |

NOTE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# UNION STATE BANK

USB FINANCIAL CENTER, 100 DUTCH HILL ROAD, ORANGEBURG, NY 10962    (845) 365-4600

Account Number: 14019833    Statement Date: 04/01/2003    Page: 3

| Check # | Date | Amount | Payee |
|---|---|---|---|
| 1465 | 03/12/2003 | 2800.00 | PERTILLIO MATERIALS CORP |
| 1593 | 03/04/2003 | 3866.00 | SH TELECOM, 77 SENECA DRIVE, MAHOPAC, NY 10541 |
| 1598 | 03/03/2003 | 3000.00 | BONDED ELECTRIC |
| 1603 | 03/04/2003 | 5000.00 | S&S Fire Suppression Systems |
| 1604 | 03/04/2003 | 1700.00 | LYNDA CONSTRUCTION |
| 1605 | 03/04/2003 | 8500.00 | QUISQUCA CONSTRUCTION |
| 1607 | 03/06/2003 | 900.00 | Stephen Weiss, Jr. |
| 1608 | 03/10/2003 | 1700.00 | LYNDA CONSTRUCTION |
| 1610 | 03/07/2003 | 6000.00 | ROBERT CONLIN |
| 1611 | 03/18/2003 | 450.00 | Stephen Weiss, Jr. |

-57-

NOTE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION    MEMBER FDIC

-58-

Exhibit E



**FLINTLOCK**
CONSTRUCTION SERVICES L.L.C.

100 Putnam Green, Greenwich, Connecticut 06830 TEL:203-531-0550 FAX:203-531-0708

## Notice of Termination

March 7, 2003

Richard Senca
TAP Plumbing and Heating
24 South Water St.
Peekskill, NY 10566

Re: S.U.N.Y. Purchase Phase II Housing
    Subcontract dated 9/30/02

Dear Mr. Senca:

Reference is made to our previous default notices to Tap Plumbing, dated 10/2/02, 11/4/02, 1/25/03, 2/4/03, 2/9/03, 2/26/03, and intent to terminate dated 3/3/03 under Article 7.2.1 of the above referenced Subcontract.

Pursuant to Article 7.2.1, due to defaults previously noticed, as well as any existing but unasserted defaults, Tap Plumbing's above referenced subcontract is hereby terminated effective at the close of business on 3/10/03. No Tap personnel will be permitted on the site after 3/10/03 without the express permission of Flintlock.

You may remove your tools not purchased specifically in connection with this project. Any material, equipment, plans, or tools purchased specifically for this project must remain on site.

Pursuant to Article 7.2.1, we will finish Tap's work by whatever method we deem expedient. Tap will remain responsible for the full cost of completing the work, whether or not such amount exceeds the Subcontract Sum.

Sincerely,

Flintlock Construction Services LLC
Stephen Weiss Jr, Member

c: John Mastropietro, Esq.
   Ursula Dean Hoskins, for PCFHC
   Michael Murphy, Gilbane Construction

Exhibit F

**Flintlock Construction Services LLC**
**Computer & Manual Check Register**
Current File
Account 1127-000, Sessions 000000 to 021050

02/07/2006
14:00:16
Page 1

| Check | Check | Date | Payment / Vendor Information | Invoice # | Reference | Amount |
|---|---|---|---|---|---|---|
| Checking Account: | 1127-000 | | | | | |
| 1002 | | 12/23/2002 | M  TAP001 / TAP PLUMBING & HEATING, INC | PMT 12/23 | SUNY | 10,000.00 |
| 1384 | | 12/03/2002 | 1  TAP001 / TAP PLUMBING & HEATING, INC | PMT 11/26 | SUNY | 100,000.00 |
| 1387 | | 12/04/2002 | 1  TAP001 / TAP PLUMBING & HEATING, INC | PMT 12/04 | SUNY | 50,000.00 |
| 1401 | | 12/11/2002 | 1  TAP001 / TAP PLUMBING & HEATING, INC | PMT 12/11 | SUNY | 25,000.00 |
| 1433 | | 12/27/2002 | 1  TAP001 / TAP PLUMBING & HEATING, INC | PMT 12/27 | SUNY | 100,000.00 |
| 1473 | | 01/09/2003 | 1  TAP001 / TAP PLUMBING & HEATING, INC | PMT 01/09 | SUNY | 20,000.00 |
| | | | Account Subtotal: 1127-000 | | | 305,000.00 |
| | | | | Check Register Total : | | 305,000.00 |

# USB UNION STATE BANK

USB FINANCIAL CENTER, 100 DUTCH HILL ROAD, ORANGEBURG, NY 10962    (845) 365-4600

Account Number: 14019833     Statement Date: 01/02/2003     Page: 3



| Check # | Date | Amount |
|---|---|---|
| 1001 | 12/27/2002 | 6500.00 |
| 1002 | 12/27/2002 | 10000.00 |
| 1241 | 12/04/2002 | 1000.00 |
| 1293 | 12/05/2002 | 3850.00 |
| 1340 | 12/09/2002 | 2325.96 |
| 1341 | 12/06/2002 | 250.00 |
| 1342 | 12/02/2002 | 1700.00 |
| 1343 | 12/04/2002 | 1000.00 |
| 1347 | 12/02/2002 | 1700.00 |
| 1348 | 12/04/2002 | 1000.00 |

Account Number: 14019833      Statement Date: 01/02/2003      Page:      6



| 1384 | 12/05/2002 | 100000.00 | 1385 | 12/11/2002 | 1700.00 |
| 1386 | 12/10/2002 | 1000.00 | 1387 | 12/09/2002 | 50000.00 |
| 1388 | 12/12/2002 | 300.00 | 1389 | 12/12/2002 | 300.00 |
| 1391 | 12/12/2002 | 1000.00 | 1393 | 12/11/2002 | 3000.00 |
| 1395 | 12/13/2002 | 10996.80 | 1396 | 12/12/2002 | 3000.00 |

# USB UNION STATE BANK

USB FINANCIAL CENTER, 100 DUTCH HILL ROAD, ORANGEBURG, NY 10962    (845) 365-4600

Account Number: 14019833    Statement Date: 01/02/2003    Page: 7



| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 1397 | 12/17/2002 | 1700.00 | 1398 | 12/12/2002 | 22000.00 |
| 1399 | 12/18/2002 | 4400.00 | 1400 | 12/13/2002 | 1585.00 |
| 1401 | 12/13/2002 | 25000.00 | 1402 | 12/17/2002 | 840.00 |
| 1403 | 12/26/2002 | 306.89 | 1405 | 12/18/2002 | 7000.00 |
| 1406 | 12/23/2002 | 3500.00 | 1407 | 12/23/2002 | 2000.00 |

Check 1406: FLINTLOCK CONSTRUCTION SERVICES, LLC, 100 PUTNAM GREEN, GREENWICH, CT 06830. UNION STATE BANK, NANUET, NEW YORK. 122302 00072726 01. ***Three Thousand Five Hundred & No/100 Dollars. DATE 12/13/2002  AMOUNT $3,500.00. PAY TO THE ORDER OF ANDREW STETLER.

Account Number: 14019833    Statement Date: 02/03/2003    Page: 4



| Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|
| 1429 | 01/02/2003 | 30000.00 | 1430 | 01/07/2003 | 10000.00 |
| 1431 | 01/02/2003 | 25000.00 | 1433 | 01/06/2003 | 100000.00 |
| 1435 | 01/06/2003 | 7350.00 | 1436 | 01/08/2003 | 53.63 |
| 1437 | 01/06/2003 | 622.67 | 1438 | 01/08/2003 | 5000.00 |
| 1439 | 01/06/2003 | 1245.12 | 1440 | 01/07/2003 | 485.71 |

Account Number: 14019833  Statement Date: 02/03/2003  Page: 8



| Check # | Date | Amount |
|---|---|---|
| 1473 | 01/13/2003 | 20000.00 |
| 1474 | 01/13/2003 | 6000.00 |
| 1475 | 01/13/2003 | 3200.00 |
| 1477 | 01/17/2003 | 1734.00 |
| 1478 | 01/22/2003 | 1700.00 |
| 1479 | 01/17/2003 | 1000.00 |
| 1480 | 01/15/2003 | 9280.00 |
| 1481 | 01/16/2003 | 22000.00 |
| 1482 | 01/16/2003 | 7500.00 |
| 1483 | 01/16/2003 | 600.00 |

-66-

Exhibit G

# D & T Mechanical

Donald Lombardo
Licensed, Insured & Bonded

**Plumbing and Heating**
Yonkers, New York
Office (914) 969-5652

INVOICE

Contractor's Name:
Flintlock Construction
Street:
100 Putnam Green
City:
Greenwich
State:
CT 06830
Existing Contract Number:
Date of Existing Contract:

Phone:
203-531-0550
Job Name:
SUNY Deficiencies and Repairs
Street:
Lincoln Avenue
City:
Purchase
State:
NY

Date:
March 13, 2003
Job Number:

Heating:
Establish heat in buildings 1, 2 and 3.
Bleed every apartment over and over and over.
Temporarily rewire boilers to run on manual.
Relocate sensors to proper position in boiler well (not in supply piping).
Repair leaks on heat system piping in crawl spaces.
Install commercial air vents in tops of risers, buildings 1, 2 and 3.
Supply and install 6 unit heaters for mechanical rooms.
Supply and install 6 relays and thermostats for unit heaters.
Supply and install T's and valves for Siemens differential switches.
Install T's and well points for Siemens EMS.
Repair and replace leaking relief valve in building 2.
Repair leak on shot feeder in building 3.
Repair numerous leaks on hot water piping in crawl spaces, buildings 1 - 6.

Plumbing:
Activate domestic cold and hot water.
Repair leaks on domestic water lines, buildings 1 - 6.
Supplied and installed thermometers on domestic hot water ("DHW") return.
Removed, reinstalled dielectric, buildings 1 - 6.
Tighten packing nuts on ball valves.
Repipe cold water feeds to DHW heaters to the discharge side of the heater.
Supply and install piping to connect proper ST60V DHW expansion tanks.
Install 2 ST60V expansion tanks.
Supply and install thermometer wells in DHW tanks.
Supply and install T&P relief valves in DHW tanks.
Piped and connected waste lines in crawl space that were missed or loose.
Replace 4" no hub coupling in building 4.
Install service valves on domestic water, buildings 1 - 6.

Sprinkler:

Supply and install service valves for Fire Sprinkler, buildings 1 - 6.
Supply and install tamper switches for Fire Sprinkler service valves, buildings 1 - 6.
Repipe 4" sprinkler service header to accommodate new service valves and existing piping.
Supply and install 6 sprinkler emergency head boxes (2 types of heads, recess socket and wrench).
Pretest fire sprinkler piping, buildings 1 - 6.
Replace 5 heads total, buildings 1 - 6.
Assemble piping in building 2 and 5 crawl spaces.
Replace Victaulic gasket in building 2 crawl space.
Test fire sprinkler at 200 psi for 2 hours (test successful).
Acquired inspections and certificates for Fire Sprinkler sign off.
Performed flow test in building 1 - 6 as per Harrison Fire Marshall.
Repair hanger on Fire Sprinkler line, building 2 crawl space.

| | |
|---|---|
| Materials (no mark-up): | $20,359.12 |
| Labor: 6 men x 50 hours | 22,500.00 |
| 1 man, supervision | 5,000.00 |
| Total | $47,859.12 |

Payment will be made as follows: _____

Above additional work to be performed under same conditions as specified in original contract unless otherwise stipulated.
Date:_____ Authorizing Signature_____
                                   (OWNER SIGNS HERE)
We hereby agree to furnish labor and materials - complete in accordance with the above specifications, at above stated price.
Authorized Signature _____
           (CONTRACTOR SIGNS HERE)                    Date _____