# CONTRACTOR'S MATERIAL & TEST CERTIFICATE FOR ABOVEGROUND PIPING

Bldg. 1

**PROCEDURE**

Upon completion of work, inspection and tests shall be made by the contractor's representative and witnessed by an owner's representative. All defects shall be corrected and system left in service before contractor's personnel finally leave the job.

A certificate shall be filled out and signed by both representatives. Copies shall be prepared for approving authorities, owners, and contractor. It is understood the owner's representative's signature in no way prejudices any claim against contractor for faulty material, poor workmanship, or failure to comply with approving authority's requirements or local ordinances.

PROPERTY NAME: S.U.N.Y. Phase II Housing — DATE: 3/21/03

PROPERTY ADDRESS: 735 Anderson Hill Rd. Purchase, NY 10577

**PLANS**

ACCEPTED BY APPROVING AUTHORITIES (NAMES)

ADDRESS

INSTALLATION CONFORMS TO ACCEPTED PLANS ☐ YES ☐ NO

EQUIPMENT USED IS APPROVED ☐ YES ☐ NO

IF NO, EXPLAIN DEVIATIONS

**INSTRUCTIONS**

HAS PERSON IN CHARGE OF FIRE EQUIPMENT BEEN INSTRUCTED AS TO LOCATION OF CONTROL VALVES AND CARE AND MAINTENANCE OF THIS NEW EQUIPMENT? ☐ YES ☐ NO

IF NO, EXPLAIN

HAVE COPIES OF THE FOLLOWING BEEN LEFT ON THE PREMISES:

1. SYSTEM COMPONENTS INSTRUCTIONS ☐ YES ☐ NO
2. CARE AND MAINTENANCE INSTRUCTIONS ☐ YES ☐ NO
3. NFPA 13A ☐ YES ☐ NO

☐ YES ☐ NO

**LOCATION OF SYSTEM**: SUPPLIES BUILDINGS

**SPRINKLERS**

| MAKE | MODEL | YEAR OF MANUFACTURE | ORIFICE SIZE | QUANTITY | TEMPERATURE RATING |
|---|---|---|---|---|---|
| Central | Optima | 2002 | | | 160° |
| Tyco | TY3551 | 2001 | | | 160° |
| | | | | | |

**PIPE AND FITTINGS**

Type of Pipe: Schedule 40 black & Victaulic light wall

Type of Fittings: Schedule 40 malleable black & Victaulic fittings

**ALARM VALVE OR FLOW INDICATOR**

| TYPE | ALARM DEVICE MAKE | MODEL | MAXIMUM TIME TO OPERATE THROUGH TEST CONNECTION MIN. | SEC. |
|---|---|---|---|---|
| SystemSensor | Tamper | OSY2 / Flow: WFDT | | |
| Potter | Tamper | OSY2-SU | | |

**DRY VALVE**

| MAKE | MODEL | SERIAL NO. | Q.O.D. MAKE | MODEL | SERIAL NO. |
|---|---|---|---|---|---|
| N/A | | | | | |

**DRY PIPE OPERATING TEST**

| | TIME TO TRIP THRU TEST CONNECTION* MIN. | SEC. | WATER PRESSURE PSI | AIR PRESSURE PSI | TRIP POINT AIR PRESSURE PSI | TIME WATER REACHED TEST OUTLET* MIN. | SEC. | ALARM OPERATED PROPERLY YES | NO |
|---|---|---|---|---|---|---|---|---|---|
| Without Q.O.D. | | | | | | | | | |
| With Q.O.D. | | | | | | | | | |

IF NO, EXPLAIN

*MEASURED FROM TIME INSPECTOR'S TEST CONNECTION IS OPENED.

85A (10-84) PRINTED IN U.S.A. (OVER)

Figure 2-1.2.1 Contractor's material and test certificate for aboveground piping.

| | | | |
|---|---|---|---|
| HYDROSTATIC TEST | ALL NEW UNDERGROUND PIPING HYDROSTATICALLY TESTED AT 200 PSI FOR 2 HOURS | | JOINTS COVERED ☐ YES ☐ NO |
| LEAKAGE TEST | TOTAL AMOUNT OF LEAKAGE MEASURED NA GALS. NA HOURS | | |
| | ALLOWABLE LEAKAGE NA GALS. NA HOURS | | |
| HYDRANTS | NUMBER INSTALLED | TYPE AND MAKE | ALL OPERATE SATISFACTORILY ☐ YES ☐ NO |
| CONTROL VALVES | WATER CONTROL VALVES LEFT WIDE OPEN IF NO, STATE REASON | | ☐ YES X ☐ NO |
| | HOSE THREADS OF FIRE DEPARTMENT CONNECTIONS AND HYDRANTS INTERCHANGEABLE WITH THOSE OF FIRE DEPARTMENT ANSWERING ALARM | | ☑ YES ☐ NO |
| REMARKS | DATE LEFT IN SERVICE | | |
| SIGNATURES | NAME OF INSTALLING CONTRACTOR | | |
| | TESTS WITNESSED BY | | |
| | FOR PROPERTY OWNER (SIGNED) | TITLE | DATE |
| | FOR INSTALLING CONTRACTOR (SIGNED) [signature] | TITLE D&T Mechanical | DATE |

ADDITIONAL EXPLANATION AND NOTES

Figure 8-1(b) (cont.).

## 8-2 Acceptance Requirements.

**8-2.1* Flushing of Piping.** Underground mains and lead-in connections to system risers shall be completely flushed before connection is made to sprinkler piping. The flushing operation shall be continued for a sufficient time to ensure thorough cleaning. The minimum rate of flow shall be not less than:

(a) The hydraulically calculated water demand rate of the system including any hose requirements, or

(b) That flow necessary to provide a velocity of 10 ft per second (3 m/s), or

(c) The maximum flow rate available to the system under fire conditions.

**Table 8-2.1 Flow Required to Produce a Velocity of 10 ft per second (3 m/s) in Pipes**

| Pipe Size (in.) | Flow Rate (gpm) | Flow Rate (L/min) |
|---|---|---|
| 4 | 390 | 1476 |
| 6 | 880 | 3331 |
| 8 | 1560 | 5905 |
| 10 | 2440 | 9235 |
| 12 | 3520 | 13323 |

**8-2.2 Hydrostatic Tests.**

**8-2.2.1*** All interior piping and attached appurtenan[ces] subjected to system working pressure shall be hydrost[ati]cally tested at 200 psi (13.8 bars) and shall maintain [that] pressure without loss for 2 hours. Loss shall be determi[ned] by a drop in gauge pressure or visual leakage.

*Exception No. 1: Portions of systems normally subjected to wo[rk]ing pressures in excess of 150 psi (10.4 bars) shall be teste[d as] described above at a pressure of 50 psi (3.5 bars) in excess of [nor]mal working pressure.*

*Exception No. 2: When cold weather will not permit testing [with] water, an interim air test may be conducted as described in 8-2...*

The test pressure shall be read from a gauge located at [the] low elevation point of the system or portion being tested.

**8-2.2.2 Additives.** Additives, corrosive chemicals such [as] sodium silicate or derivatives of sodium silicate, brine, [or] other chemicals shall not be used while hydrostatically te[st]ing systems or for stopping leaks.

**8-2.2.3** Piping between the exterior fire department co[n]nection and the check valve in the fire department in[let] pipe shall be hydrostatically tested in the same manner [as] the balance of the system.

**8-2.2.4** When hydrostatically testing deluge system[s,] plugs shall be installed in fittings and replaced with op[en] sprinklers after the test is completed, or the operating e[le]ments of automatic sprinklers shall be removed after t[he] test is completed.

(j) Any small enclosures in which no sprinklers are to be installed.

(k) Size of city main in street, pressure and whether dead-end or circulating and, if dead-end, direction and distance to nearest circulating main, city main test results including elevation of test hydrant.

(l) Make, manufacturer, type, heat-response element, temperature rating, and nominal orifice size of sprinkler.

(m) Temperature rating and location of high-temperature sprinklers.

(n) Number of sprinklers on each riser, per floor.

(o) Kind and location of alarm bells.

(p) Type of pipe and fittings.

(q) Type of protection for nonmetallic pipe.

(r) Nominal pipe size with lengths shown to scale.

NOTE: Where typical branch lines prevail, it will be necessary to size only one line.

(s) Location and size of riser nipples.

(t) Type of fittings and joints and location of all welds and bends.

(u) Types and locations of hangers, sleeves, braces, and methods of securing sprinklers, where applicable.

(v) All control valves, check valves, drain pipes, and test connections.

(w) Underground pipe size, length, location, weight, material, point of connection to city main; the type of valves, meters, and valve pits; and the depth at which the top of the pipe is laid below grade.

(x) For hydraulically designed systems, the material to be included on the hydraulic data nameplate.

(y) Name and address of contractor.

**1-2 Approval of Sprinkler Systems.**

**1-2.1** The installer shall perform all required acceptance tests (*see 2-1.3*), complete the Contractor's Material and Test Certificate(s) (*see Figure 2-1.2.1*), and forward the certificate(s) to the authority having jurisdiction, prior to asking for approval of the installation.

**1-2.2** When the authority having jurisdiction desires to be present during the conducting of acceptance tests, the installer shall give advance notification of the time and date the testing will be performed.

**-3 Acceptance Tests.**

**-3.1 Flushing of Underground Connections.**

**-3.1.1** Underground mains and lead-in connections to system risers shall be flushed before connection is made to sprinkler piping, in order to remove foreign materials that may have entered the underground piping during the course of the installation. For all systems, the flushing operation shall be continued until water is clear.

**2-1.3.1.2** Underground mains and lead-in connections shall be flushed at the hydraulically calculated water demand rate of the system.

**2-1.3.1.3** To avoid property damage, provision shall be made for the disposal of water issuing from test outlets.

**2-1.3.2*** Hydrostatic pressure tests shall be provided in accordance with NFPA 13, *Standard for the Installation of Sprinkler Systems.*

*Exception: Testing for leakage at 50 psi (3.4 bars) water pressure above the maximum system pressure shall be acceptable for systems having less than 20 sprinklers and no fire department connection.*

**2-2 Design and Installation.**

**2-2.1 Devices and Materials.**

**2-2.1.1** Only new sprinklers shall be employed in the installation of sprinkler systems. At least 3 spare sprinklers of each type, temperature rating, and orifice size used in the system shall be kept on the premises. Replacement sprinklers shall have the same operating characteristics as the sprinklers being replaced.

**2-2.1.2** Only listed or approved devices and materials as indicated in this standard shall be used in sprinkler systems.

**2-2.1.3** Sprinkler systems shall be designed for a maximum working pressure of 175 psi (12.1 bars).

*Exception: Higher design pressures may be used when all system components are rated for pressures higher than 175 psi (12.1 bars).*

**2-3 Water Supply.**

**2-3.1 General Provisions.** Every automatic sprinkler system shall have at least one automatic water supply. When stored water is used as the sole source of supply, the minimum quantity shall equal the water demand rate times 30 minutes. (*See 2-5.1.3.*)

**2-3.2* Water Supply Sources.** The following water supply sources are acceptable:

(a) A connection to a reliable water works system with or without a booster pump, as required.

(b) An elevated tank.

(c) A pressure tank installed in accordance with NFPA 13, *Standard for the Installation of Sprinkler Systems*, and NFPA 22, *Standard for Water Tanks for Private Fire Protection.*

(d) A stored water source with an automatically operated pump, installed in accordance with NFPA 20, *Standard for the Installation of Centrifugal Fire Pumps:*

# CONTRACTOR'S MATERIAL & TEST CERTIFICATE FOR ABOVEGROUND PIPING

Bldg. 2

**PROCEDURE**

Upon completion of work, inspection and tests shall be made by the contractor's representative and witnessed by an owner's representative. All defects shall be corrected and system left in service before contractor's personnel finally leave the job.

A certificate shall be filled out and signed by both representatives. Copies shall be prepared for approving authorities, owners, and contractor. It is understood the owner's representative's signature in no way prejudices any claim against contractor for faulty material, poor workmanship, or failure to comply with approving authority's requirements or local ordinances.

PROPERTY NAME: S.U.N.Y. Phase II Housing — DATE: 2/21/03

PROPERTY ADDRESS: 735 Anderson Hill Rd. Purchase, NY 10577

**PLANS**

ACCEPTED BY APPROVING AUTHORITIES (NAMES)

ADDRESS

INSTALLATION CONFORMS TO ACCEPTED PLANS ☐ YES ☐ NO

EQUIPMENT USED IS APPROVED ☐ YES ☐ NO

IF NO, EXPLAIN DEVIATIONS

**INSTRUCTIONS**

HAS PERSON IN CHARGE OF FIRE EQUIPMENT BEEN INSTRUCTED AS TO LOCATION OF CONTROL VALVES AND CARE AND MAINTENANCE OF THIS NEW EQUIPMENT? ☐ YES ☐ NO

IF NO, EXPLAIN

HAVE COPIES OF THE FOLLOWING BEEN LEFT ON THE PREMISES: ☐ YES ☐ NO

1. SYSTEM COMPONENTS INSTRUCTIONS ☐ YES ☐ NO
2. CARE AND MAINTENANCE INSTRUCTIONS ☐ YES ☐ NO
3. NFPA 13A ☐ YES ☐ NO

**LOCATION OF SYSTEM**

SUPPLIES BUILDINGS

**SPRINKLERS**

| MAKE | MODEL | YEAR OF MANUFACTURE | ORIFICE SIZE | QUANTITY | TEMPERATURE RATING |
|---|---|---|---|---|---|
| Central | Optima | 2002 | | | 160° |
| Tyco | TY3651 | 2001 | | | 160° |
| | | | | | |

**PIPE AND FITTINGS**

Type of Pipe: Schedule 40 black & Voctolic light wall

Type of Fittings: Schedule 40 malible black & victolic fittings

**ALARM VALVE OR FLOW INDICATOR**

| ALARM DEVICE TYPE | MAKE | MODEL | MAXIMUM TIME TO OPERATE THROUGH TEST CONNECTION MIN. | SEC. |
|---|---|---|---|---|
| SystemSensor | Exxpac 1052 Z Flow | w/EDT | | |
| Potter | Tamper 1052 Z-S/ | | | |

**DRY PIPE OPERATING TEST**

| DRY VALVE MAKE | MODEL | SERIAL NO. | Q.O.D. MAKE | MODEL | SERIAL NO. |
|---|---|---|---|---|---|
| N/A | | | | | |

| | TIME TO TRIP THRU TEST CONNECTION* MIN. | SEC. | WATER PRESSURE PSI | AIR PRESSURE PSI | TRIP POINT AIR PRESSURE PSI | TIME WATER REACHED TEST OUTLET* MIN. | SEC. | ALARM OPERATED PROPERLY YES | NO |
|---|---|---|---|---|---|---|---|---|---|
| Without Q.O.D. | | | | | | | | | |
| With Q.O.D. | | | | | | | | | |

IF NO, EXPLAIN

*MEASURED FROM TIME INSPECTOR'S TEST CONNECTION IS OPENED.

85A (10-88) PRINTED IN U.S.A. (OVER)

Figure 2-1.2.1 Contractor's material and test certificate for aboveground piping.



SYSTEM ACCEPTANCE

| | |
|---|---|
| HYDROSTATIC TEST | ALL NEW UNDERGROUND PIPING HYDROSTATICALLY TESTED AT 200 PSI FOR 2 HOURS — JOINTS COVERED ☐ YES ☐ NO |
| LEAKAGE TEST | TOTAL AMOUNT OF LEAKAGE MEASURED NA GALS. NA HOURS<br>ALLOWABLE LEAKAGE NA GALS. NA HOURS |
| HYDRANTS | NUMBER INSTALLED — TYPE AND MAKE — ALL OPERATE SATISFACTORILY ☐ YES ☐ NO |
| CONTROL VALVES | WATER CONTROL VALVES LEFT WIDE OPEN IF NO, STATE REASON ☐ YES X ☐ NO<br>HOSE THREADS OF FIRE DEPARTMENT CONNECTIONS AND HYDRANTS INTERCHANGEABLE WITH THOSE OF FIRE DEPARTMENT ANSWERING ALARM ☐ YES ☐ NO |
| REMARKS | DATE LEFT IN SERVICE |
| SIGNATURES | NAME OF INSTALLING CONTRACTOR<br>TESTS WITNESSED BY<br>FOR PROPERTY OWNER (SIGNED) — TITLE — DATE<br>FOR INSTALLING CONTRACTOR (SIGNED) — TITLE D&T Mechanical — DATE |

ADDITIONAL EXPLANATION AND NOTES

Figure 8-1(b) (cont.).

**8-2 Acceptance Requirements.**

**8-2.1* Flushing of Piping.** Underground mains and lead-in connections to system risers shall be completely flushed before connection is made to sprinkler piping. The flushing operation shall be continued for a sufficient time to ensure thorough cleaning. The minimum rate of flow shall be not less than:

(a) The hydraulically calculated water demand rate of the system including any hose requirements, or

(b) That flow necessary to provide a velocity of 10 ft per second (3 m/s), or

(c) The maximum flow rate available to the system under fire conditions.

Table 8-2.1 Flow Required to Produce a Velocity of 10 ft per second (3 m/s) in Pipes

| Pipe Size (in.) | Flow Rate (gpm) | Flow Rate (L/min) |
|---|---|---|
| 4 | 390 | 1476 |
| 6 | 880 | 3331 |
| 8 | 1560 | 5905 |
| 10 | 2440 | 9235 |
| 12 | 3520 | 13323 |

**8-2.2 Hydrostatic Tests.**

**8-2.2.1*** All interior piping and attached appurtena[nces] subjected to system working pressure shall be hydros[tati]cally tested at 200 psi (13.8 bars) and shall maintain [that] pressure without loss for 2 hours. Loss shall be determi[ned] by a drop in gauge pressure or visual leakage.

*Exception No. 1: Portions of systems normally subjected to w[ork]ing pressures in excess of 150 psi (10.4 bars) shall be teste[d as] described above at a pressure of 50 psi (3.5 bars) in excess of [nor]mal working pressure.*

*Exception No. 2: When cold weather will not permit testing [with] water, an interim air test may be conducted as described in 8-*

The test pressure shall be read from a gauge located at [the] low elevation point of the system or portion being tested.

**8-2.2.2 Additives.** Additives, corrosive chemicals suc[h as] sodium silicate or derivatives of sodium silicate, brine, [or] other chemicals shall not be used while hydrostatically t[est]ing systems or for stopping leaks.

**8-2.2.3** Piping between the exterior fire department c[on]nection and the check valve in the fire department i[nlet] pipe shall be hydrostatically tested in the same manne[r as] the balance of the system.

**8-2.2.4** When hydrostatically testing deluge syste[ms,] plugs shall be installed in fittings and replaced with o[pen] sprinklers after the test is completed, or the operating [ele]ments of automatic sprinklers shall be removed after [the] test is completed.

(j) Any small enclosures in which no sprinklers are to be ıstalled.

(k) Size of city main in street, pressure and whether lead-end or circulating and, if dead-end, direction and listance to nearest circulating main, city main test results ncluding elevation of test hydrant.

(l) Make, manufacturer, type, heat-response element, emperature rating, and nominal orifice size of sprinkler.

(m) Temperature rating and location of high-temperature sprinklers.

(n) Number of sprinklers on each riser, per floor.

(o) Kind and location of alarm bells.

(p) Type of pipe and fittings.

(q) Type of protection for nonmetallic pipe.

(r) Nominal pipe size with lengths shown to scale.

NOTE: Where typical branch lines prevail, it will be necessary to size only one line.

(s) Location and size of riser nipples.

(t) Type of fittings and joints and location of all welds nd bends.

(u) Types and locations of hangers, sleeves, braces, and ethods of securing sprinklers, where applicable.

(v) All control valves, check valves, drain pipes, and test nnections.

(w) Underground pipe size, length, location, weight, aterial, point of connection to city main; the type of lves, meters, and valve pits; and the depth at which the p of the pipe is laid below grade.

(x) For hydraulically designed systems, the material to included on the hydraulic data nameplate.

(y) Name and address of contractor.

**1.2 Approval of Sprinkler Systems.**

1.2.1 The installer shall perform all required accepıce tests (*see 2-1.3*), complete the Contractor's Material d Test Certificate(s) (*see Figure 2-1.2.1*), and forward the tificate(s) to the authority having jurisdiction, prior to ting for approval of the installation.

.2.2 When the authority having jurisdiction desires to present during the conducting of acceptance tests, the taller shall give advance notification of the time and e the testing will be performed.

**.3 Acceptance Tests.**

**.3.1 Flushing of Underground Connections.**

3.1.1 Underground mains and lead-in connections to tem risers shall be flushed before connection is made to inkler piping, in order to remove foreign materials that y have entered the underground piping during the rse of the installation. For all systems, the flushing ration shall be continued until water is clear.

2-1.3.1.2 Underground mains and lead-in connections shall be flushed at the hydraulically calculated water demand rate of the system.

2-1.3.1.3 To avoid property damage, provision shall be made for the disposal of water issuing from test outlets.

2-1.3.2* Hydrostatic pressure tests shall be provided in accordance with NFPA 13, *Standard for the Installation of Sprinkler Systems.*

*Exception: Testing for leakage at 50 psi (3.4 bars) water pressure above the maximum system pressure shall be acceptable for systems having less than 20 sprinklers and no fire department connection.*

**2-2 Design and Installation.**

**2-2.1 Devices and Materials.**

2-2.1.1 Only new sprinklers shall be employed in the installation of sprinkler systems. At least 3 spare sprinklers of each type, temperature rating, and orifice size used in the system shall be kept on the premises. Replacement sprinklers shall have the same operating characteristics as the sprinklers being replaced.

2-2.1.2 Only listed or approved devices and materials as indicated in this standard shall be used in sprinkler systems.

2-2.1.3 Sprinkler systems shall be designed for a maximum working pressure of 175 psi (12.1 bars).

*Exception: Higher design pressures may be used when all system components are rated for pressures higher than 175 psi (12.1 bars).*

**2-3 Water Supply.**

**2-3.1 General Provisions.** Every automatic sprinkler system shall have at least one automatic water supply. When stored water is used as the sole source of supply, the minimum quantity shall equal the water demand rate times 30 minutes. (*See 2-5.1.3.*)

**2-3.2* Water Supply Sources.** The following water supply sources are acceptable:

(a) A connection to a reliable water works system with or without a booster pump, as required.

(b) An elevated tank.

(c) A pressure tank installed in accordance with NFPA 13, *Standard for the Installation of Sprinkler Systems*, and NFPA 22, *Standard for Water Tanks for Private Fire Protection.*

(d) A stored water source with an automatically operated pump, installed in accordance with NFPA 20, *Standard for the Installation of Centrifugal Fire Pumps.*

# CONTRACTOR'S MATERIAL & TEST CERTIFICATE FOR ABOVEGROUND PIPING

Bldg 3

**PROCEDURE**

Upon completion of work, inspection and tests shall be made by the contractor's representative and witnessed by an owner's representative. All defects shall be corrected and system left in service before contractor's personnel finally leave the job.

A certificate shall be filled out and signed by both representatives. Copies shall be prepared for approving authorities, owners, and contractor. It is understood the owner's representative's signature in no way prejudices any claim against contractor for faulty material, poor workmanship, or failure to comply with approving authority's requirements of local ordinances.

PROPERTY NAME: S.U.N.Y. Phase II Housing — DATE: 12/21/03

PROPERTY ADDRESS: 735 Anderson Hill Rd. Purchase, NY 10577

| | | |
|---|---|---|
| PLANS | ACCEPTED BY APPROVING AUTHORITIES (NAMES) | |
| | ADDRESS | |
| | INSTALLATION CONFORMS TO ACCEPTED PLANS | ☐ YES ☐ NO |
| | EQUIPMENT USED IS APPROVED | ☐ YES ☐ NO |
| | IF NO, EXPLAIN DEVIATIONS | |
| INSTRUCTIONS | HAS PERSON IN CHARGE OF FIRE EQUIPMENT BEEN INSTRUCTED AS TO LOCATION OF CONTROL VALVES AND CARE AND MAINTENANCE OF THIS NEW EQUIPMENT? | ☐ YES ☐ NO |
| | IF NO, EXPLAIN | |
| | HAVE COPIES OF THE FOLLOWING BEEN LEFT ON THE PREMISES: | ☐ YES ☐ NO |
| | 1. SYSTEM COMPONENTS INSTRUCTIONS | ☐ YES ☐ NO |
| | 2. CARE AND MAINTENANCE INSTRUCTIONS | ☐ YES ☐ NO |
| | 3. NFPA 13A | ☐ YES ☐ NO |
| LOCATION OF SYSTEM | SUPPLIES BUILDINGS | |

**SPRINKLERS**

| MAKE | MODEL | YEAR OF MANUFACTURE | ORIFICE SIZE | QUANTITY | TEMPERATURE RATING |
|---|---|---|---|---|---|
| Central | Optima | 2002 | | | 160° |
| Tyco | TY3651 | 2001 | | | 160° |
| | | | | | |

**PIPE AND FITTINGS**

Type of Pipe: Schedule 40 black & Voctolic light wall

Type of Fittings: Schedule 40 malible black & victolic fittings

**ALARM VALVE OR FLOW INDICATOR**

| TYPE | ALARM DEVICE MAKE | MODEL | MAXIMUM TIME TO OPERATE THROUGH TEST CONNECTION MIN. | SEC. |
|---|---|---|---|---|
| SystemSensor | Tamper: OSY2 / Flow: WFDT | | | |
| Potter | Tamper: OSY2-SC | | | |

**DRY PIPE OPERATING TEST**

| DRY VALVE MAKE | MODEL | SERIAL NO. | Q.O.D. MAKE | MODEL | SERIAL NO. |
|---|---|---|---|---|---|
| N/A | | | | | |

| | TIME TO TRIP THRU TEST CONNECTION MIN. | SEC. | WATER PRESSURE PSI | AIR PRESSURE PSI | TRIP POINT AIR PRESSURE PSI | TIME WATER REACHED TEST OUTLET MIN. | SEC. | ALARM OPERATED PROPERLY YES | NO |
|---|---|---|---|---|---|---|---|---|---|
| Without Q.O.D. | | | | | | | | | |
| With Q.O.D. | | | | | | | | | |

IF NO, EXPLAIN

*MEASURED FROM TIME INSPECTORS TEST CONNECTION IS OPENED.

85A (10-85) PRINTED IN U.S.A. (OVER)

Figure 2-1.2.1 Contractor's material and test certificate for aboveground piping.

| | | | |
|---|---|---|---|
| HYDROSTATIC TEST | ALL NEW UNDERGROUND PIPING HYDROSTATICALLY TESTED AT 200 PSI FOR 2 HOURS | | JOINTS COVERED ☐ YES ☐ NO |
| LEAKAGE TEST | TOTAL AMOUNT OF LEAKAGE MEASURED NA GALS. NA HOURS | | |
| | ALLOWABLE LEAKAGE NA GALS. NA HOURS | | |
| HYDRANTS | NUMBER INSTALLED | TYPE AND MAKE | ALL OPERATE SATISFACTORILY ☐ YES ☐ NO |
| CONTROL VALVES | WATER CONTROL VALVES LEFT WIDE OPEN IF NO, STATE REASON | | ☐ YES X ☐ NO |
| | HOSE THREADS OF FIRE DEPARTMENT CONNECTIONS AND HYDRANTS INTERCHANGEABLE WITH THOSE OF FIRE DEPARTMENT ANSWERING ALARM | | ☐ YES ☐ NO |
| REMARKS | DATE LEFT IN SERVICE | | |
| SIGNATURES | NAME OF INSTALLING CONTRACTOR | TESTS WITNESSED BY | |
| | FOR PROPERTY OWNER (SIGNED) | TITLE | DATE |
| | FOR INSTALLING CONTRACTOR (SIGNED) | TITLE D&T Mechanical | DATE |

ADDITIONAL EXPLANATION AND NOTES

Figure 8-1(b) (cont.).

**8-2 Acceptance Requirements.**

**8-2.1* Flushing of Piping.** Underground mains and lead-in connections to system risers shall be completely flushed before connection is made to sprinkler piping. The flushing operation shall be continued for a sufficient time to ensure thorough cleaning. The minimum rate of flow shall be not less than:

(a) The hydraulically calculated water demand rate of the system including any hose requirements, or

(b) That flow necessary to provide a velocity of 10 ft per second (3 m/s), or

(c) The maximum flow rate available to the system under fire conditions.

**Table 8-2.1 Flow Required to Produce a Velocity of 10 ft per second (3 m/s) in Pipes**

| Pipe Size (in.) | Flow Rate (gpm) | Flow Rate (L/min) |
|---|---|---|
| 4 | 390 | 1476 |
| 6 | 880 | 3331 |
| 8 | 1560 | 5905 |
| 10 | 2440 | 9235 |
| 12 | 3520 | 13323 |

**8-2.2 Hydrostatic Tests.**

**8-2.2.1*** All interior piping and attached appurtenan[ces] subjected to system working pressure shall be hydrost[ati]cally tested at 200 psi (13.8 bars) and shall maintain t[hat] pressure without loss for 2 hours. Loss shall be determi[ned] by a drop in gauge pressure or visual leakage.

*Exception No. 1: Portions of systems normally subjected to wo[rk]ing pressures in excess of 150 psi (10.4 bars) shall be tested described above at a pressure of 50 psi (3.5 bars) in excess of n[or]mal working pressure.*

*Exception No. 2: When cold weather will not permit testing w[ith] water, an interim air test may be conducted as described in 8-2*

The test pressure shall be read from a gauge located at [the] low elevation point of the system or portion being tested.

**8-2.2.2 Additives.** Additives, corrosive chemicals such [as] sodium silicate or derivatives of sodium silicate, brine, [or] other chemicals shall not be used while hydrostatically te[st]ing systems or for stopping leaks.

**8-2.2.3** Piping between the exterior fire department co[n]nection and the check valve in the fire department in[let] pipe shall be hydrostatically tested in the same manner [as] the balance of the system.

**8-2.2.4** When hydrostatically testing deluge system[s], plugs shall be installed in fittings and replaced with op[en] sprinklers after the test is completed, or the operating e[le]ments of automatic sprinklers shall be removed after t[he] test is completed.

(j) Any small enclosures in which no sprinklers are to be nstalled.

(k) Size of city main in street, pressure and whether lead-end or circulating and, if dead-end, direction and listance to nearest circulating main, city main test results ncluding elevation of test hydrant.

(l) Make, manufacturer, type, heat-response element, emperature rating, and nominal orifice size of sprinkler.

(m) Temperature rating and location of high-emperature sprinklers.

(n) Number of sprinklers on each riser, per floor.

(o) Kind and location of alarm bells.

(p) Type of pipe and fittings.

(q) Type of protection for nonmetallic pipe.

(r) Nominal pipe size with lengths shown to scale.

NOTE: Where typical branch lines prevail, it will be necessary to size only one line.

(s) Location and size of riser nipples.

(t) Type of fittings and joints and location of all welds d bends.

(u) Types and locations of hangers, sleeves, braces, and thods of securing sprinklers, where applicable.

(v) All control valves, check valves, drain pipes, and test nections.

(w) Underground pipe size, length, location, weight, terial, point of connection to city main; the type of res, meters, and valve pits; and the depth at which the of the pipe is laid below grade.

(x) For hydraulically designed systems, the material to ncluded on the hydraulic data nameplate.

(y) Name and address of contractor.

2 Approval of Sprinkler Systems.

2.1 The installer shall perform all required accepte tests (*see 2-1.3*), complete the Contractor's Material Test Certificate(s) (*see Figure 2-1.2.1*), and forward the ficate(s) to the authority having jurisdiction, prior to ng for approval of the installation.

.2 When the authority having jurisdiction desires to resent during the conducting of acceptance tests, the ller shall give advance notification of the time and the testing will be performed.

Acceptance Tests.

1 Flushing of Underground Connections.

1.1 Underground mains and lead-in connections to risers shall be flushed before connection is made to der piping, in order to remove foreign materials that have entered the underground piping during the of the installation. For all systems, the flushing ion shall be continued until water is clear.

2-1.3.1.2 Underground mains and lead-in connections shall be flushed at the hydraulically calculated water demand rate of the system.

2-1.3.1.3 To avoid property damage, provision shall be made for the disposal of water issuing from test outlets.

2-1.3.2* Hydrostatic pressure tests shall be provided in accordance with NFPA 13, *Standard for the Installation of Sprinkler Systems*.

*Exception: Testing for leakage at 50 psi (3.4 bars) water pressure above the maximum system pressure shall be acceptable for systems having less than 20 sprinklers and no fire department connection.*

2-2 Design and Installation.

2-2.1 Devices and Materials.

2-2.1.1 Only new sprinklers shall be employed in the installation of sprinkler systems. At least 3 spare sprinklers of each type, temperature rating, and orifice size used in the system shall be kept on the premises. Replacement sprinklers shall have the same operating characteristics as the sprinklers being replaced.

2-2.1.2 Only listed or approved devices and materials as indicated in this standard shall be used in sprinkler systems.

2-2.1.3 Sprinkler systems shall be designed for a maximum working pressure of 175 psi (12.1 bars).

*Exception: Higher design pressures may be used when all system components are rated for pressures higher than 175 psi (12.1 bars).*

2-3 Water Supply.

2-3.1 General Provisions. Every automatic sprinkler system shall have at least one automatic water supply. When stored water is used as the sole source of supply, the minimum quantity shall equal the water demand rate times 30 minutes. (*See 2-5.1.3.*)

2-3.2* Water Supply Sources. The following water supply sources are acceptable:

(a) A connection to a reliable water works system with or without a booster pump, as required.

(b) An elevated tank.

(c) A pressure tank installed in accordance with NFPA 13, *Standard for the Installation of Sprinkler Systems*, and NFPA 22, *Standard for Water Tanks for Private Fire Protection*.

(d) A stored water source with an automatically operated pump, installed in accordance with NFPA 20, *Standard for the Installation of Centrifugal Fire Pumps*.

# CONTRACTOR'S MATERIAL & TEST CERTIFICATE FOR ABOVEGROUND PIPING

Bldg 4

**PROCEDURE**

Upon completion of work, inspection and tests shall be made by the contractor's representative and witnessed by an owner's representative. All defects shall be corrected and system left in service before contractor's personnel finally leave the job.

A certificate shall be filled out and signed by both representatives. Copies shall be prepared for approving authorities, owners, and contractor. It is understood the owner's representative's signature in no way prejudices any claim against contractor for faulty material, poor workmanship, or failure to comply with approving authority's requirements or local ordinances.

PROPERTY NAME: S.U.N.Y. Phase II Housing — DATE: 2/21/03

PROPERTY ADDRESS: 735 Anderson Hill Rd. Purchase, NY 10577

| | | | |
|---|---|---|---|
| PLANS | ACCEPTED BY APPROVING AUTHORITIES (NAMES) | | |
| | ADDRESS | | |
| | INSTALLATION CONFORMS TO ACCEPTED PLANS | ☐ YES | ☐ NO |
| | EQUIPMENT USED IS APPROVED | ☐ YES | ☐ NO |
| | IF NO, EXPLAIN DEVIATIONS | | |
| INSTRUCTIONS | HAS PERSON IN CHARGE OF FIRE EQUIPMENT BEEN INSTRUCTED AS TO LOCATION OF CONTROL VALVES AND CARE AND MAINTENANCE OF THIS NEW EQUIPMENT? | ☐ YES | ☐ NO |
| | IF NO, EXPLAIN | | |
| | HAVE COPIES OF THE FOLLOWING BEEN LEFT ON THE PREMISES: | ☐ YES | ☐ NO |
| | 1. SYSTEM COMPONENTS INSTRUCTIONS | ☐ YES | ☐ NO |
| | 2. CARE AND MAINTENANCE INSTRUCTIONS | ☐ YES | ☐ NO |
| | 3. NFPA 13A | ☐ YES | ☐ NO |
| LOCATION OF SYSTEM | SUPPLIES BUILDINGS | | |

**SPRINKLERS**

| MAKE | MODEL | YEAR OF MANUFACTURE | ORIFICE SIZE | QUANTITY | TEMPERATURE RATING |
|---|---|---|---|---|---|
| Centrtal | Optima | 2002 | | | 160° |
| Tyco | TY3551 | 2001 | | | 160° |

**PIPE AND FITTINGS**

Type of Pipe: Schedule 40 black & Vectolic light wall

Type of Fittings: Schedule 40 malible black & Vectolic fittings

**ALARM VALVE OR FLOW INDICATOR**

| TYPE | ALARM DEVICE MAKE | MODEL | MAXIMUM TIME TO OPERATE THROUGH TEST CONNECTION MIN. | SEC. |
|---|---|---|---|---|
| SystemSensor | Tamper: OSY2 / Flow: WFDT | | | |
| Potter | Tamper: OSY2-SU | | | |

**DRY VALVE**

| MAKE | MODEL | SERIAL NO. | Q.O.D. MAKE | MODEL | SERIAL NO. |
|---|---|---|---|---|---|
| N/A | | | | | |

**DRY PIPE OPERATING TEST**

| | TIME TO TRIP THRU TEST CONNECTION* MIN. | SEC. | WATER PRESSURE PSI | AIR PRESSURE PSI | TRIP POINT AIR PRESSURE PSI | TIME WATER REACHED TEST OUTLET* MIN. | SEC. | ALARM OPERATED PROPERLY YES | NO |
|---|---|---|---|---|---|---|---|---|---|
| Without Q.O.D. | | | | | | | | | |
| With Q.O.D. | | | | | | | | | |

IF NO, EXPLAIN

*MEASURED FROM TIME INSPECTOR'S TEST CONNECTION IS OPENED.
85A (10/93) PRINTED IN U.S.A. (OVER)

Figure 2-1.2.1 Contractor's material and test certificate for aboveground piping.

SYSTEM ACCEPTANCE

| | | | |
|---|---|---|---|
| HYDROSTATIC TEST | ALL NEW UNDERGROUND PIPING HYDROSTATICALLY TESTED AT 200 PSI, FOR 2 HOURS | | JOINTS COVERED ☐ YES ☐ NO |
| LEAKAGE TEST | TOTAL AMOUNT OF LEAKAGE MEASURED NA GALS. NA HOURS | | |
| | ALLOWABLE LEAKAGE NA GALS. NA HOURS | | |
| HYDRANTS | NUMBER INSTALLED | TYPE AND MAKE | ALL OPERATE SATISFACTORILY ☐ YES ☐ NO |
| CONTROL VALVES | WATER CONTROL VALVES LEFT WIDE OPEN IF NO, STATE REASON | | ☐ YES X ☐ NO |
| | HOSE THREADS OF FIRE DEPARTMENT CONNECTIONS AND HYDRANTS INTERCHANGEABLE WITH THOSE OF FIRE DEPARTMENT ANSWERING ALARM | | X YES ☐ NO |
| | DATE LEFT IN SERVICE | | |
| REMARKS | | | |
| SIGNATURES | NAME OF INSTALLING CONTRACTOR | TESTS WITNESSED BY | |
| | FOR PROPERTY OWNER (SIGNED) | TITLE | DATE |
| | FOR INSTALLING CONTRACTOR (SIGNED) [signature] | TITLE D&T Mechanical | DATE |

ADDITIONAL EXPLANATION AND NOTES

Figure 8-1(b) (cont.).

## 8-2 Acceptance Requirements.

**8-2.1* Flushing of Piping.** Underground mains and lead-in connections to system risers shall be completely flushed before connection is made to sprinkler piping. The flushing operation shall be continued for a sufficient time to ensure thorough cleaning. The minimum rate of flow shall be not less than:

(a) The hydraulically calculated water demand rate of the system including any hose requirements, or

(b) That flow necessary to provide a velocity of 10 ft per second (3 m/s), or

(c) The maximum flow rate available to the system under fire conditions.

Table 8-2.1 Flow Required to Produce a Velocity of 10 ft per second (3 m/s) in Pipes

| Pipe Size (in.) | Flow Rate (gpm) | Flow Rate (L/min) |
|---|---|---|
| 4 | 390 | 1476 |
| 6 | 880 | 3331 |
| 8 | 1560 | 5905 |
| 10 | 2440 | 9235 |
| 12 | 3520 | 13323 |

**8-2.2 Hydrostatic Tests.**

**8-2.2.1*** All interior piping and attached appurtenanc[es] subjected to system working pressure shall be hydrosta[ti]cally tested at 200 psi (13.8 bars) and shall maintain th[at] pressure without loss for 2 hours. Loss shall be determine[d] by a drop in gauge pressure or visual leakage.

*Exception No. 1: Portions of systems normally subjected to wor[k]ing pressures in excess of 150 psi (10.4 bars) shall be tested [as] described above at a pressure of 50 psi (3.5 bars) in excess of no[r]mal working pressure.*

*Exception No. 2: When cold weather will not permit testing wit[h] water, an interim air test may be conducted as described in 8-2.[3].*

The test pressure shall be read from a gauge located at th[e] low elevation point of the system or portion being tested.

**8-2.2.2 Additives.** Additives, corrosive chemicals such a[s] sodium silicate or derivatives of sodium silicate, brine, o[r] other chemicals shall not be used while hydrostatically test[-]ing systems or for stopping leaks.

**8-2.2.3** Piping between the exterior fire department con[-]nection and the check valve in the fire department inle[t] pipe shall be hydrostatically tested in the same manner a[s] the balance of the system.

**8-2.2.4** When hydrostatically testing deluge systems, plugs shall be installed in fittings and replaced with open sprinklers after the test is completed, or the operating ele[-]ments of automatic sprinklers shall be removed after the test is completed.

(j) Any small enclosures in which no sprinklers are to be nstalled.

(k) Size of city main in street, pressure and whether lead-end or circulating and, if dead-end, direction and listance to nearest circulating main, city main test results ncluding elevation of test hydrant.

(l) Make, manufacturer, type, heat-response element, emperature rating, and nominal orifice size of sprinkler.

(m) Temperature rating and location of high-emperature sprinklers.

(n) Number of sprinklers on each riser, per floor.

(o) Kind and location of alarm bells.

(p) Type of pipe and fittings.

(q) Type of protection for nonmetallic pipe.

(r) Nominal pipe size with lengths shown to scale.

NOTE: Where typical branch lines prevail, it will be necessary to size only one line.

(s) Location and size of riser nipples.

(t) Type of fittings and joints and location of all welds id bends.

(u) Types and locations of hangers, sleeves, braces, and ethods of securing sprinklers, where applicable.

(v) All control valves, check valves, drain pipes, and test nnections.

(w) Underground pipe size, length, location, weight, aterial, point of connection to city main; the type of ves, meters, and valve pits; and the depth at which the of the pipe is laid below grade.

(x) For hydraulically designed systems, the material to included on the hydraulic data nameplate.

y) Name and address of contractor.

**2 Approval of Sprinkler Systems.**

2.1 The installer shall perform all required accep-se tests (*see 2-1.3*), complete the Contractor's Material Test Certificate(s) (*see Figure 2-1.2.1*), and forward the ificate(s) to the authority having jurisdiction, prior to ng for approval of the installation.

2.2 When the authority having jurisdiction desires to resent during the conducting of acceptance tests, the aller shall give advance notification of the time and the testing will be performed.

***3 Acceptance Tests.***

**1.1 Flushing of Underground Connections.**

1.1.1 Underground mains and lead-in connections to m risers shall be flushed before connection is made to kler piping, in order to remove foreign materials that have entered the underground piping during the se of the installation. For all systems, the flushing ation shall be continued until water is clear.

2-1.3.1.2 Underground mains and lead-in connections shall be flushed at the hydraulically calculated water demand rate of the system.

2-1.3.1.3 To avoid property damage, provision shall be made for the disposal of water issuing from test outlets.

2-1.3.2* Hydrostatic pressure tests shall be provided in accordance with NFPA 13, *Standard for the Installation of Sprinkler Systems.*

*Exception: Testing for leakage at 50 psi (3.4 bars) water pressure above the maximum system pressure shall be acceptable for systems having less than 20 sprinklers and no fire department connection.*

**2-2 Design and Installation.**

**2-2.1 Devices and Materials.**

2-2.1.1 Only new sprinklers shall be employed in the installation of sprinkler systems. At least 3 spare sprinklers of each type, temperature rating, and orifice size used in the system shall be kept on the premises. Replacement sprinklers shall have the same operating characteristics as the sprinklers being replaced.

2-2.1.2 Only listed or approved devices and materials as indicated in this standard shall be used in sprinkler systems.

2-2.1.3 Sprinkler systems shall be designed for a maximum working pressure of 175 psi (12.1 bars).

*Exception: Higher design pressures may be used when all system components are rated for pressures higher than 175 psi (12.1 bars).*

**2-3 Water Supply.**

**2-3.1 General Provisions.** Every automatic sprinkler system shall have at least one automatic water supply. When stored water is used as the sole source of supply, the minimum quantity shall equal the water demand rate times 30 minutes. (*See 2-5.1.3.*)

**2-3.2* Water Supply Sources.** The following water supply sources are acceptable:

(a) A connection to a reliable water works system with or without a booster pump, as required.

(b) An elevated tank.

(c) A pressure tank installed in accordance with NFPA 13, *Standard for the Installation of Sprinkler Systems*, and NFPA 22, *Standard for Water Tanks for Private Fire Protection.*

(d) A stored water source with an automatically operated pump, installed in accordance with NFPA 20, *Standard for the Installation of Centrifugal Fire Pumps.*

## CONTRACTOR'S MATERIAL & TEST CERTIFICATE FOR ABOVEGROUND PIPING

Bldg 5

**PROCEDURE**

Upon completion of work, inspection and tests shall be made by the contractor's representative and witnessed by an owner's representative. All defects shall be corrected and system left in service before contractor's personnel finally leave the job.

A certificate shall be filled out and signed by both representatives. Copies shall be prepared for approving authorities, owners, and contractor. It is understood the owner's representative's signature in no way prejudices any claim against contractor for faulty material, poor workmanship, or failure to comply with approving authority's requirements or local ordinances.

PROPERTY NAME: S.U.N.Y. Phase II Housing

DATE: 2/21/03

PROPERTY ADDRESS: 735 Anderson Hill Rd. Purchase, NY 10577

**PLANS**

ACCEPTED BY APPROVING AUTHORITIES (NAMES)

ADDRESS

INSTALLATION CONFORMS TO ACCEPTED PLANS ☐ YES ☐ NO

EQUIPMENT USED IS APPROVED ☐ YES ☐ NO

IF NO, EXPLAIN DEVIATIONS

**INSTRUCTIONS**

HAS PERSON IN CHARGE OF FIRE EQUIPMENT BEEN INSTRUCTED AS TO LOCATION OF CONTROL VALVES AND CARE AND MAINTENANCE OF THIS NEW EQUIPMENT? ☐ YES ☐ NO

IF NO, EXPLAIN

HAVE COPIES OF THE FOLLOWING BEEN LEFT ON THE PREMISES:
1. SYSTEM COMPONENTS INSTRUCTIONS ☐ YES ☐ NO
2. CARE AND MAINTENANCE INSTRUCTIONS ☐ YES ☐ NO
3. NFPA 13A ☐ YES ☐ NO

**LOCATION OF SYSTEM**

SUPPLIES BUILDINGS

**SPRINKLERS**

| MAKE | MODEL | YEAR OF MANUFACTURE | ORIFICE SIZE | QUANTITY | TEMPERATURE RATING |
|---|---|---|---|---|---|
| Central | Optima | 2002 | | | 160° |
| Tyco | TY3651 | 2001 | | | 160° |
| | | | | | |

**PIPE AND FITTINGS**

Type of Pipe: Schedule 40 black & Victaulic light wall

Type of Fittings: Schedule 40 malable black & victolic Fittings

**ALARM VALVE OR FLOW INDICATOR**

| TYPE | ALARM DEVICE MAKE | ALARM DEVICE MODEL | MAXIMUM TIME TO OPERATE THROUGH TEST CONNECTION MIN. | SEC. |
|---|---|---|---|---|
| SystemSensor | Temper: OSY2 / Flow: WFDT | | | |
| Potter | Temper: OSY2-SU | | | |

**DRY PIPE OPERATING TEST**

| DRY VALVE MAKE | DRY VALVE MODEL | DRY VALVE SERIAL NO. | Q.O.D. MAKE | Q.O.D. MODEL | Q.O.D. SERIAL NO. |
|---|---|---|---|---|---|
| N/A | | | | | |

| | TIME TO TRIP THRU TEST CONNECTION MIN. | SEC. | WATER PRESSURE PSI | AIR PRESSURE PSI | TRIP POINT AIR PRESSURE PSI | TIME WATER REACHED TEST OUTLET MIN. | SEC. | ALARM OPERATED PROPERLY YES | NO |
|---|---|---|---|---|---|---|---|---|---|
| Without Q.O.D. | | | | | | | | | |
| With Q.O.D. | | | | | | | | | |

IF NO, EXPLAIN

*MEASURED FROM TIME INSPECTOR'S TEST CONNECTION IS OPENED.

85A (10-88) PRINTED IN U.S.A. (OVER)

Figure 2-1.2.1 Contractor's material and test certificate for aboveground piping.



| | | | |
|---|---|---|---|
| HYDROSTATIC TEST | ALL NEW UNDERGROUND PIPING HYDROSTATICALLY TESTED AT 200 PSI FOR 2 HOURS | | JOINTS COVERED ☐ YES ☐ NO |
| LEAKAGE TEST | TOTAL AMOUNT OF LEAKAGE MEASURED NA GALS. NA HOURS | | |
| | ALLOWABLE LEAKAGE NA GALS. NA HOURS | | |
| HYDRANTS | NUMBER INSTALLED | TYPE AND MAKE | ALL OPERATE SATISFACTORILY ☐ YES ☐ NO |
| CONTROL VALVES | WATER CONTROL VALVES LEFT WIDE OPEN IF NO, STATE REASON | | ☐ YES X ☐ NO |
| | HOSE THREADS OF FIRE DEPARTMENT CONNECTIONS AND HYDRANTS INTERCHANGEABLE WITH THOSE OF FIRE DEPARTMENT ANSWERING ALARM | | ☒ YES ☐ NO |
| REMARKS | DATE LEFT IN SERVICE | | |
| SIGNATURES | NAME OF INSTALLING CONTRACTOR | | |
| | TESTS WITNESSED BY | | |
| | FOR PROPERTY OWNER (SIGNED) | TITLE | DATE |
| | FOR INSTALLING CONTRACTOR (SIGNED) | TITLE D&T Mechanical | DATE |

ADDITIONAL EXPLANATION AND NOTES

Figure 8-1(b) (cont.).

**8-2 Acceptance Requirements.**

**8-2.1* Flushing of Piping.** Underground mains and lead-in connections to system risers shall be completely flushed before connection is made to sprinkler piping. The flushing operation shall be continued for a sufficient time to ensure thorough cleaning. The minimum rate of flow shall be not less than:

(a) The hydraulically calculated water demand rate of the system including any hose requirements, or

(b) That flow necessary to provide a velocity of 10 ft per second (3 m/s), or

(c) The maximum flow rate available to the system under fire conditions.

**Table 8-2.1 Flow Required to Produce a Velocity of 10 ft per second (3 m/s) in Pipes**

| Pipe Size (in.) | Flow Rate (gpm) | Flow Rate (L/min) |
|---|---|---|
| 4 | 390 | 1476 |
| 6 | 880 | 3331 |
| 8 | 1560 | 5905 |
| 10 | 2440 | 9235 |
| 12 | 3520 | 13323 |

**8-2.2 Hydrostatic Tests.**

**8-2.2.1*** All interior piping and attached appurtena[nces] subjected to system working pressure shall be hydros[tati]cally tested at 200 psi (13.8 bars) and shall maintain pressure without loss for 2 hours. Loss shall be determi[ned] by a drop in gauge pressure or visual leakage.

*Exception No. 1: Portions of systems normally subjected to w[ork]ing pressures in excess of 150 psi (10.4 bars) shall be teste[d as] described above at a pressure of 50 psi (3.5 bars) in excess of [nor]mal working pressure.*

*Exception No. 2: When cold weather will not permit testing [with] water, an interim air test may be conducted as described in 8-*

The test pressure shall be read from a gauge located at [the] low elevation point of the system or portion being tested

**8-2.2.2 Additives.** Additives, corrosive chemicals suc[h as] sodium silicate or derivatives of sodium silicate, brine [or] other chemicals shall not be used while hydrostatically t[est]ing systems or for stopping leaks.

**8-2.2.3** Piping between the exterior fire department c[on]nection and the check valve in the fire department i[nlet] pipe shall be hydrostatically tested in the same manne[r as] the balance of the system.

**8-2.2.4** When hydrostatically testing deluge syste[ms,] plugs shall be installed in fittings and replaced with o[pen] sprinklers after the test is completed, or the operating [ele]ments of automatic sprinklers shall be removed after [the] test is completed.

(j) Any small enclosures in which no sprinklers are to be nstalled.

(k) Size of city main in street, pressure and whether lead-end or circulating and, if dead-end, direction and listance to nearest circulating main, city main test results ncluding elevation of test hydrant.

(l) Make, manufacturer, type, heat-response element, emperature rating, and nominal orifice size of sprinkler.

(m) Temperature rating and location of high-mperature sprinklers.

(n) Number of sprinklers on each riser, per floor.

(o) Kind and location of alarm bells.

(p) Type of pipe and fittings.

(q) Type of protection for nonmetallic pipe.

(r) Nominal pipe size with lengths shown to scale.

NOTE: Where typical branch lines prevail, it will be necessary to size only one line.

(s) Location and size of riser nipples.

(t) Type of fittings and joints and location of all welds d bends.

(u) Types and locations of hangers, sleeves, braces, and thods of securing sprinklers, where applicable.

(v) All control valves, check valves, drain pipes, and test nnections.

(w) Underground pipe size, length, location, weight, terial, point of connection to city main; the type of res, meters, and valve pits; and the depth at which the of the pipe is laid below grade.

(x) For hydraulically designed systems, the material to ncluded on the hydraulic data nameplate.

(y) Name and address of contractor.

2 Approval of Sprinkler Systems.

2.1 The installer shall perform all required accepe tests (*see 2-1.3*), complete the Contractor's Material Test Certificate(s) (*see Figure 2-1.2.1*), and forward the ficate(s) to the authority having jurisdiction, prior to ng for approval of the installation.

.2 When the authority having jurisdiction desires to resent during the conducting of acceptance tests, the ller shall give advance notification of the time and the testing will be performed.

Acceptance Tests.

1 Flushing of Underground Connections.

1.1 Underground mains and lead-in connections to risers shall be flushed before connection is made to der piping, in order to remove foreign materials that have entered the underground piping during the of the installation. For all systems, the flushing ion shall be continued until water is clear.

2-1.3.1.2 Underground mains and lead-in connections shall be flushed at the hydraulically calculated water demand rate of the system.

2-1.3.1.3 To avoid property damage, provision shall be made for the disposal of water issuing from test outlets.

2-1.3.2* Hydrostatic pressure tests shall be provided in accordance with NFPA 13, *Standard for the Installation of Sprinkler Systems.*

*Exception: Testing for leakage at 50 psi (3.4 bars) water pressure above the maximum system pressure shall be acceptable for systems having less than 20 sprinklers and no fire department connection.*

2-2 Design and Installation.

2-2.1 Devices and Materials.

2-2.1.1 Only new sprinklers shall be employed in the installation of sprinkler systems. At least 3 spare sprinklers of each type, temperature rating, and orifice size used in the system shall be kept on the premises. Replacement sprinklers shall have the same operating characteristics as the sprinklers being replaced.

2-2.1.2 Only listed or approved devices and materials as indicated in this standard shall be used in sprinkler systems.

2-2.1.3 Sprinkler systems shall be designed for a maximum working pressure of 175 psi (12.1 bars).

*Exception: Higher design pressures may be used when all system components are rated for pressures higher than 175 psi (12.1 bars).*

2-3 Water Supply.

2-3.1 General Provisions. Every automatic sprinkler system shall have at least one automatic water supply. When stored water is used as the sole source of supply, the minimum quantity shall equal the water demand rate times 30 minutes. (*See 2-5.1.3.*)

2-3.2* Water Supply Sources. The following water supply sources are acceptable:

(a) A connection to a reliable water works system with or without a booster pump, as required.

(b) An elevated tank.

(c) A pressure tank installed in accordance with NFPA 13, *Standard for the Installation of Sprinkler Systems,* and NFPA 22, *Standard for Water Tanks for Private Fire Protection.*

(d) A stored water source with an automatically operated pump, installed in accordance with NFPA 20, *Standard for the Installation of Centrifugal Fire Pumps.*