UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 04-22183(ASH) |
| S&S Fire Suppression Systems, Inc. | |
| Debtor. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Flintlock Construction Services, LLC,

                Appellant,         07 Civ. 2907(CLB)

     - against -

S&S Fire Suppression Systems, Inc.,

                Appellee

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

State of New York   )
County of Rockland )ss

     Sherry Kramer, being duly sworn, deposes and says:

    1.    I am over the age of 18, not a party to this action and I reside in Pomona, New York.

    2.    On June 8, 2007 I served Brief for Appellee, S&S Fire Suppression Systems, Inc., and Appellee S&S Fire Suppression Systems, Inc. Appendix and State Court Decision by depositing the same via First Class Mail in a sealed envelope with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York upon:

Michael R. Strauss, Esq.
Hollander & Strauss, LLP
40 Cutter Mill Road, Suite 203
Great Neck, NY   11021

                                        **/s/ Sherry Kramer**
                                        Sherry Kramer

Sworn to before me this
8th day of June, 2007

    **/s/ Mark H. Lazarus**
Notary Public

Mark H. Lazarus
Notary Public - State of New York
Reg. # 02LA6118690
Qualified in Rockland County
My commission expires November 15, 2008