**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In Re:

S&S FIRE SUPPRESSION SYSTEMS, INC.,          Chapter 11
                                             Case No. 04-22183 (ASH)



                              Debtor,
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X          07 CV 02907 (CLB)
                                                                      **JUDGMENT**

FLINTLOCK CONSTRUCTION SERVICES, LLC,

                        Appellant,
                                                          Adv. Pro. No. 05-08645 (ASH)
              -against-

S&S FIRE SUPPRESSION SYSTEMS, INC,

                        Appellee.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

     Whereas the above entitled action having been assigned to the Honorable Charles L.
Brieant, U.S.D.J., and the Court thereafter on July 26, 2007, handed down an Order (docket #10)
affirming the Order (docket #1) of the United States Bankruptcy Court, it is,


          **ORDERED, ADJUDGED AND DECREED:** that the United States Bankruptcy
Court Order (docket #1) is affirmed and the case is hereby closed.

**DATED: White Plains, N.Y.**
       **July 30, 2007**


                                             J. Michael Mc Mahon

                                             **J. Michael McMahon**
                                             **Clerk Of Court**

U.S. DISTRICT COURT FILED JUL 30 2007 W.P. S.D. OF N.Y.

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ATE FILED:

USDC SD NY WP

MICROFILM JUL 2 / 2007

DOCKETED AS A JUDGMENT ON